■ In the Matter of RONALD J. ECK et al., Appellants, v WILLIAM CANARY, et al., Respondents, and VINCENT ARTALE et al., Respondents-Respondents.—In a proceeding to invalidate petitions and authorizations designating Vincent Artale, Louis Boschette, Harold W. Stakey and Charles B. Bloss as candidates in the Conservative Party primary election to be held on September 10, 1985 for certain public offices in the Town of Riverhead, the appeal is from a judgment of the Supreme Court, Suffolk County (Doyle, J.), dated August 8, 1985 which denied the application on the ground that the petitioners objectors failed to file specific objections pursuant to Election Law § 6-154.

Judgment affirmed, without costs or disbursements.

We agree with Special Term that the specifications of objections filed by petitioners were inadequate as a matter of law and were tantamount to a failure to file such specifications (*see,* Election Law § 6-154; *Matter of Benson v Scaringe,* 84 AD2d 603, *lv denied* 54 NY2d 609). Brown, J. P., O'Connor, Weinstein, Kunzeman and Kooper, JJ., concur.

■ In the Matter of JOHN J. FORD, Appellant, v WILLIAM CANARY et al., Respondents, and HENRIETTA ACANPORA et al., Respondents-Respondents.—In a proceeding to invalidate petitions and authorizations designating Henrietta Acanpora, Donald W. Zimmer, Eugene Gerrard, Anthony Losquadro, Harold H. Malkmes and Stanley Allan as candidates in the Conservative Party primary election to be held on September 10, 1985 for certain public offices in the Town of Brookhaven, the appeal is from a judgment of the Supreme Court, Suffolk County (Cannavo, J.), dated August 8, 1985, which dismissed the proceeding.

Judgment affirmed, without costs or disbursements.

We affirm for the reasons stated in our decision in *Matter of Eck v Canary* (112 AD2d 1063).

We further note the concession in the brief of the respondent candidates that the additional ground for dismissal advanced by Special Term was erroneous. Brown, J. P., O'Connor, Weinstein, Kunzeman and Kooper, JJ., concur.